# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:01-cr-00016-MP-AK-1

OSVALDO ROMERO,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on defendant's "Motion to Correct Clerical Order, Pursuant to Rule 36 of the Federal Rules of Criminal Procedure." (Doc. 367). Defendant seeks to have the Court credit defendant's sentence with the time defendant spent in federal custody from April 18, 2003 to March 19, 2004. The government filed a response which it entitled, "Response to Defendant's Motion to Correct Clerical Error." (Doc. 368). The government claims that defendant is seeking a substantive change to his sentence and thus is not entitled to relief under Rule 36. The Court agrees.

Rule 36 of the Federal Rules of Criminal Procedure provides that ". . . the court may at any time correct a clerical error in a judgment . . . or correct an error in the record arising from oversight or omission." This rule merely provides a way to correct "clerical mistakes" and may not be used to "make a substantive alteration" to a criminal sentence. *U.S. v. Portillo*, 363 F.3d 1161, 1164 (11th Cir. 2004). A clerical mistake is one that is minor and mechanical in nature. *See id.* at 1165. Defendant claims that the Court intended to credit defendant's sentence with the time defendant spent in federal custody; however, the transcript of the sentencing does not support this claim. Therefore, the Court's decision to not credit defendant for the prior

incarceration was not the result of clerical error or omission. Furthermore, defendant seeks a remedy that would substantively change his sentence, which is not permitted under Fed. R. Crim. P. 36. Thus, defendant's motion is without merit.

Accordingly, upon due consideration, it is

**ORDERED AND ADJUDGED:**

Defendant's Motion to Correct Clerical Order, Pursuant to Rule 36 of the Federal Rules of Criminal Procedure is hereby **DENIED.**

**DONE AND ORDERED** this *28th* day of February, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge